

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00076-CV

**IN THE INTEREST OF J.R.R.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-2771-CV-C
Honorable Thomas Nathaniel Stuckey, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the February 7, 2022 order of termination is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he is presumed indigent under Texas Family Code section 107.013(e).

SIGNED August 3, 2022.

_____
Beth Watkins, Justice